In the Matter of the CITY OF NEW YORK, Respondent, Relative to Acquiring Title to Real Property Required for the Brooklyn-Battery Tunnel Plaza, and to Permit Distribution of Tunnel Traffic, etc., in the Borough of Manhattan. TWENTY FIVE BROADWAY CORPORATION, Appellant.

Submitted October 4, 1949; decided October 13, 1949.

*George DeForest Lord, Charles Lamb* and *Walter L. Hopkins* for motion.

*John P. McGrath, Corporation Counsel (Harry E. O'Donnell, Reuben Levy* and *Bernard H. Friedman* of counsel), opposed.

Motion dismissed, with $10 costs and necessary printing disbursements, unless, within fifteen days, all papers required by rule 21 (subd. [b]) of the Rules of the Court of Appeals are filed.

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* LEO CONIGLIO, Appellant.

Submitted October 4, 1949; decided October 13, 1949.

Motion by appellant for reargument denied. [See 299 N. Y. 744.]